**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREDERICK NEWHALL WOODS,

    Petitioner,

v.

TERRI GONZALEZ,

    Respondent.
_____/

No. C 10-02104 JSW

**AMENDED SUA SPONTE REFERRAL ORDER**

    Pursuant to Northern District Civil Local Rules 3-3(c) and 3-12(c), the Court ORDERS that the above-captioned case is referred to Judge Claudia Wilken to determine whether it is related to *Frederick Newhall Woods v. Alameida*, Case No. 03-0820 CW.

    **IT IS SO ORDERED.**

Dated: May 27, 2010

                                                   JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE

cc:    Judge Claudia Wilken