1    If Petitioner wishes to respond to the answer, he shall do so
2 by filing a traverse with the Court and serving it upon Respondent
3 within thirty (30) days of his receipt of the answer.

4

5    IT IS SO ORDERED.

6

7 Dated: June 11, 2010                    _____
                                          CLAUDIA WILKEN
8                                         United States District Judge