IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK NEWHALL WOODS,<br><br>    Petitioner,<br><br>  v.<br><br>TERRY GONZALEZ, Acting Warden,<br><br>    Respondent. | No. 10-02104 CW<br><br>AMENDED ORDER TO SHOW CAUSE |

    Petitioner, a state prisoner, has filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Good cause appearing, the Court hereby issues the following orders:

    Respondent shall file with this Court and serve upon Petitioner and Petitioner's counsel, within thirty (30) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cass, 28 U.S.C. foll. § 2254, showing cause why a writ of habeas corpus should not be issued.  Respondent shall file with the answer a copy of all portions of the state parole record that have been previously transcribed and that are relevant to a determination of the issues presented by the petition, which have not been filed by Petitioner with his petition.

1    If Petitioner wishes to respond to the answer, he shall do so
2 by filing a traverse with the Court and serving it upon Respondent
3 within thirty (30) days of his receipt of the answer.

5    IT IS SO ORDERED.



7 Dated: June 11, 2010
       _____
8                                    CLAUDIA WILKEN
                                     United States District Judge

**United States District Court**
For the Northern District of California