IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK NEWHALL WOODS,<br><br>   Petitioner,<br><br>   v.<br><br>TERRI GONZALEZ, Acting Warden,<br><br>   Respondent. | No. 10-02104 CW<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM |

   Petitioner Frederick Newhall Woods requests leave to file a supplemental memorandum to his petition for writ of habeas corpus addressing the recent Supreme Court decision, Swarthout v. Cooke, __ U.S. __, 2011 WL 197627 (per curiam), because it is relevant to his first habeas claim.

   For good cause appearing, the Court grants Petitioner's request.  No response from Respondent needs to be filed unless the Court requests it.

   IT IS SO ORDERED.

Dated: 2/14/2011

                                   _____
                                   CLAUDIA WILKEN
                                   United States District Judge