UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK NEWHALL WOODS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ELVIN VALENZUELA,<br><br>　　　　　Respondent. | Case No. 14-cv-01936-JSC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING WHETHER CASES ARE RELATED** |

Petitioner Frederick Newhall Woods, who is in the custody of the California Department of Corrections, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. Section 2254. (Dkt. No. 1.) Petitioner's habeas petition is based on a parole denial in 2012. A review of court records shows that Petitioner has had two previous habeas petitions based on parole denials adjudicated in this District. *See* Case Nos. 03-820, 10-2104. The first case (03-820) was randomly assigned to Judge Wilken, and the second case (10-2104) was related by Judge Wilken to the first action. In light of the similarities between these cases, and given that Petitioner's other habeas petitions challenging parole denials have been related, the undersigned respectfully refers the above-captioned action to Judge Wilken pursuant to Civil L.R. 3-12(c) to consider whether this case is related to the 03-820 and/or 10-2104 actions.

**IT IS SO ORDERED.**

Dated: June 10, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge